Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
  Fisher & Hayes LLP
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Herschell E. Huffman and Myrtle M. Huffman vs. Pfizer, Inc.,*<br>MDL No. 06-2292: Plaintiff Herschell E. Huffman and Myrtle Huffman | |

Come now the Plaintiffs, Herschell E. Huffman and Myrtle Huffman, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil

- 1 -    STIPULATION OF DISMISSAL WITH PREJUDICE

Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Herschell E. Huffman and Myrtle Huffman's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009    By: /s/ Jayne Conroy
                           Jayne Conroy
                           **HANLY CONROY BIERSTEIN**
                             **SHERIDAN FISHER & HAYES LLP**
                           112 Madison Avenue
                           New York, New York 10016-7416
                           (212) 784-6400
                           (212) 784-6420 (Fax)
                           Email: jconroy@hanlyconroy.com

                           -and-

                           **SIMMONSCOOPER LLC**
                           707 Berkshire Blvd.
                           East Alton, IL 62024
                           (618) 259-2222
                           (618) 259-2251 (Fax)

                           *Counsel for Plaintiff.*

Dated: March 11, 2009      By: /s/ Michelle W. Sadowsky
                           Michelle W. Sadowsky
                           **DLA PIPER US LLP**
                           1251 Avenue of the Americas
                           New York, New York 10020-1104
                           (212) 335-4625
                           (212) 884-8675 (Fax)

                           *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: MAR 30, 2009        By: _____
                           United States District Court

- 2 -                      STIPULATION OF DISMISSAL WITH PREJUDICE